UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JARRETT M. NAHON    :
              :    CHAPTER 13
              :
       DEBTOR    :    BKY NO. 19-12306

## ADDENDUM TO SECOND AMENDED PLAN

The Debtor hereby supplements his Second Amended Chapter 13 Plan in which he shall pay the additional sum or $ 490.61 . over the life of the Second Amended Plan.

/s/ Jon M. Adelstein
Jon M. Adelstein, Esquire
Attorney for Debtor
**Adelstein & Kaliner, LLC**
350 S. Main Street, Suite 105
Doylestown, PA 18901