## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Jarrett M. Nahon**

:  BK NO. 19-12306

**DEBTOR**          :          **CHAPTER 13**

### CERTIFICATE OF NO RESPONSE

I hereby certify that                  , I have received no response to the Application of Adelstein & Kaliner, LLC for Allowance of Compensation and Reimbursement of Expenses within the time limits set forth in the Notice.

BY:   /s/ Jon M. Adelstein, Esq.
ADELSTEIN& KALINER, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA  19006
(215) 230-4250