UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  Jarrett M. Nahon                       :       BK NO. 19-12306

         DEBTOR                               :       CHAPTER 13

ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 4,300.00 as reasonable compensation for services rendered and $ 355.00 for reimbursement of out- of-pocket expenses incurred in this case, less $ 1,810.00 previously paid, for a total of $ 2,845.00 to be paid through the plan.

Date: March 26, 2020                        _____
                                            Jean K. Fitzsimon, Bankruptcy Judge