United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jarrett M. Nahon  
      Debtor

Case No. 19-12306-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: TashaD | Page 1 of 1 | Date Rcvd: Mar 26, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db        +Jarrett M. Nahon,   74 Ivy Court,   Quakertown, PA 18951-2768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
      JON M. ADELSTEIN    on behalf of Debtor Jarrett M. Nahon jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  Jarrett M. Nahon                              :    BK NO. 19-12306

       DEBTOR                              :    CHAPTER 13

ORDER GRANTING COMPENSATION AND REIMBURSEMENT

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for Compensation filed by Adelstein & Kaliner, LLC in this case, it is hereby

ORDERED, that Adelstein & Kaliner, LLC is permitted to receive the sum of $ 4,300.00 as reasonable compensation for services rendered and $ 355.00 for reimbursement of out-of-pocket expenses incurred in this case, less $ 1,810.00 previously paid, for a total of $ 2,845.00 to be paid through the plan.

**Date: March 26, 2020**                  _____
                                             Jean K. Fitzsimon, Bankruptcy Judge