| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-12306-AMC

JARRETT M. NAHON
74 IVY COURT
QUAKERTOWN  PA    18951

Petition Filed Date: 04/11/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/17/2019 | $162.00 | Automatic Payı | 06/03/2019 | $162.00 | Automatic Payı | 07/08/2019 | $370.00 | MoneyGram Pɛ |
| 08/29/2019 | $710.00 | MoneyGram Pɛ | 09/26/2019 | $385.00 | MoneyGram Pɛ | 10/09/2019 | $385.00 | |
| 11/21/2019 | $400.00 | | 02/06/2020 | $400.00 | | 03/04/2020 | $400.00 | |
| 04/09/2020 | $800.00 | | 04/22/2020 | $400.00 | | 05/06/2020 | $400.00 | |
| 06/18/2020 | $405.00 | | 07/16/2020 | $410.00 | | | | |

**Total Receipts for the Period:  $5,789.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,789.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 1 | PENNSYLVANIA AUTO CREDIT INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $152.54 | $0.00 | $152.54 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»» 003 | Mortgage Arrears | $18,062.11 | $2,385.71 | $15,676.40 |
| 0 | ADELSTEIN & KALINER LLC | Attorney Fees | $2,845.00 | $2,845.00 | $0.00 |

**Chapter 13 Case No. 19-12306-AMC**

| | |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,789.00 | Current Monthly Payment: | $392.92 |
| Paid to Claims: | $5,230.71 | Arrearages: | $322.12 |
| Paid to Trustee: | $558.29 | Total Plan Base: | $23,890.21 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.