**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

IN RE **Jarrett M. Nahon**                    Chapter 13
             Debtor            **:**        BANKRUPTCY  NO. **19-12306-amc**

_____


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE FOR QUAKER'S GREEN COMMUNITY ASSOCIATION**

    The undersigned hereby enters his appearance for Quaker's Green Community Association, and pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices required to be given in this case, as well as any and all other pleadings, or notices of any kind, be sent to the undersigned.

                                 **Clemons Richter & Reiss, P.C.**
                                 2003 South Easton Road, Suite 300
                                 Doylestown, PA 18901
Date: August 10, 2023               Tel. (215) 348-1776


                                 _____
                                 Stefan Richter, Esquire