| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12306-AMC

JARRETT M. NAHON
74 IVY COURT
QUAKERTOWN  PA    18951

Petition Filed Date: 04/11/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $810.00 | | 08/26/2022 | $410.00 | | 09/22/2022 | $410.00 | |
| 12/05/2022 | $400.00 | | 12/19/2022 | $410.00 | | 01/18/2023 | $400.00 | |
| 03/06/2023 | $410.00 | | 05/03/2023 | $400.00 | | 06/01/2023 | $700.00 | |

**Total Receipts for the Period: $4,350.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,029.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PENNSYLVANIA AUTO CREDIT INC<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $152.54 | $0.00 | $152.54 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»»  003 | Mortgage Arrears | $18,062.11 | $14,559.41 | $3,502.70 |
| 0 | ADELSTEIN & KALINER LLC | Attorney Fees | $2,845.00 | $2,845.00 | $0.00 |

**Chapter 13 Case No. 19-12306-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,029.00 | Current Monthly Payment: | $392.92 |
| Paid to Claims: | $17,404.41 | Arrearages: | $834.32 |
| Paid to Trustee: | $1,624.59 | Total Plan Base: | $23,890.21 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.