United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12306-amc |
| Jarrett M. Nahon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Sep 08, 2023    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarrett M. Nahon, 74 Ivy Court, Quakertown, PA 18951-2768 |
| cr | + | Quaker's Green Community Association, c/o Stefan Richter, Esquire, Clemons Richter & Reiss, PC, 2003 South Easton Road, Suite 300, Doylestown, PA 18901 UNITED STATES 18901-7100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:**

**Name    Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

JON M. ADELSTEIN
    on behalf of Debtor Jarrett M. Nahon jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com

KEVIN G. MCDONALD
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: pdf900 | Total Noticed: 2 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEFAN RICHTER
    on behalf of Creditor Quaker's Green Community Association srichter@clemonslaw.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Jarrett M. Nahon** | **CHAPTER 13** |
| Debtor : | BANKRUPTCY NO. **19-12306-amc** |

## STIPULATION

Pursuant to the Motion for Relief from the Automatic Stay filed by Quaker's Green Community Association, the parties hereby stipulate and agree as follows:

1. As of the date hereof, Debtor agrees that the assessment delinquency owed to Movant is $6,003.00.

2. The parties hereby agree that the automatic stay under 11 U,S.C. 362(a) shall remain in full force and effect provided that Debtor make payment to Quaker's Green Community Association as follows: Beginning September 1, 2023 and on every first of the month thereafter until the sum stated in paragraph 1 is paid in full, Debtor shall make payment of $250.00. In addition, Debtor shall make timely payment of all regular assessments and charges as they become due. Payments which are not received timely will be subject to late charges.

3. Should Debtor fail to make timely payments as provided herein, Quaker's Green Community Association agrees to give to Debtor ten (10) days written notice of default, mailed first class mail, postage prepaid to Debtor, and counsel for Debtor.

4. Should Debtor fail to make any of the payments as aforesaid within ten (10) days of the date of the written notice of default, Quaker's Green Community Association may file a Certification of Default with the Bankruptcy Court, and an Order shall be entered without further notice or court appearance, granting Quaker's Green Community Association Relief from the Automatic Stay as requested in its Motion.

5. Conversion of the instant case into a Chapter 7 shall constitute default hereunder, and shall entitle Quaker's Green Community Association to a send a notice of default pursuant to paragraphs 4 and 5 hereof, and if not cured, obtain Relief from the Automatic Stay.

6. By executing this stipulation on behalf the respective party, the person signing verifies that they are authorized to do so.

**SIGNATURE PAGE TO FOLLOW:**

Clemons Richter & Reiss, P.C.

*[signature]*

Stefan Richter, Esquire
Attorney for Movant

*[signature]*

Jon M. Adelstein, Esquire
Attorney for Debtor

APPROVED AND MADE AN ORDER OF COURT THIS __8th__ DAY OF __September__ 2023.

BY THE COURT

*[signature]*

Ashely M. Chan, Bankruptcy Judge