Certificate Number: 02921-PAE-DE-038265933

Bankruptcy Case Number: 19-12306



02921-PAE-DE-038265933

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 10, 2024</u>, at <u>1:15</u> o'clock <u>PM EDT</u>, <u>Jarrett Nahon</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 11, 2024</u>          By:    <u>/s/Paula Powers-Watts</u>

                                      Name:  <u>Paula Powers-Watts</u>

                                      Title: <u>counselor</u>