## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JARRETT NAHON | : | Case No.:   19-12306 |
| Debtor | : | |
| | : | |

_____ :

### SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of John A. Gagliardi, Esquire as Attorney for Debtor in the above-referenced case.

| Wetzel Gagliardi Fetter & Lavin LLC | Adelstein & Kaliner, LLC |
|---|---|
| __/s/John A. Gagliardi_____ | __/s/Jon M. Adelstein_____ |
| John A. Gagliardi | Jon M. Adelstein |
| Superseding Attorney | Withdrawing Attorney |
| Attorney Id. No. 88230 | Attorney Id. No. 02315 |
| 122 S. Church Street | 3993 Huntingdon Pike, Suite 210 |
| West Chester, PA 19382 | Huntingdon Valley, PA   19006 |
| 484-887-0779, Ext. 102 | 215-230-4250 |
| jgagliardi@wgflaw.com | |
| | |
| Date: 03/22/2024 | Date: 03/22/2024 |