**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Jarrett M. Nahon

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    19-12306 AMC

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC    **Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 8512

**Date of payment change:**
Must be at least 21 days after date of this notice    05/01/2023

**New total payment:**    $916.87
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $284.94    New escrow payment: $290.90

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Debtor(s)   <u>Jarrett        M.            Nahon</u>           Case number (*if known*) <u>19-12306 AMC</u>
            First Name    Middle Name    Last Name

---

**Part 4:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*                                      Date   03/08/2023
   Signature
Print: Michael Farrington
       08 Mar 2023, 13:09:31, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701          Market Street, Suite 5000</u>
          Number        Street
          Philadelphia,                               PA      19106
          City                                        State   ZIP Code

Contact phone   (215) 627–1322             Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2

Document ID: 17750a8fb9c0bbab97fd8b4292788cd83e7291956d3f0b83fadeafa574dc3a70