# mr. cooper®
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
CASE NUMBER

JARRETT NAHON
74 IVY CT
QUAKERTOWN,PA 18951

PROPERTY ADDRESS
**74 IVY COURT
QUAKERTOWN,PA 18951**

Dear JARRETT NAHON,

An annual escrow analysis was performed on the above referenced account.

Our records indicate your loan is currently in an active bankruptcy proceeding. The enclosed escrow account disclosure statement is for informational purposes only and should not be construed as an attempt to collect a debt.

If you are represented by an attorney in your bankruptcy, please forward a copy of this letter to such attorney and provide such attorney's name, address and telephone number to us.

If you have any questions, please call our Bankruptcy Department at 877-343-5602. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

Enclosure

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



DAL

# mr. cooper®
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## Escrow Account Disclosure Statement

**Customer Service:** 888-480-2432
Monday through Thursday from 7 a.m. to 8 p.m. (CT),
Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT)

**Tax/Insurance:** 866-825-9267
Monday through Thursday from 8 a.m. to 9 p.m. (ET),
Friday from 8 a.m. to 7 p.m. (ET) and Saturday from 9 a.m. to 3 p.m. (ET)

JARRETT NAHON
74 IVY CT
QUAKERTOWN, PA 18951

Your Loan Number: ███████
Statement Date: 02/28/2023

**Why am I receiving this?** Mr. Cooper completed an analysis of your escrow account to ensure that the account is funded correctly, determine any surplus or shortage, and adjust your monthly payment accordingly. Mr. Cooper maintains an escrow cushion equal to two months' estimated taxes and insurance (unless limited by your loan documents or state law). This measure helps to void a negative balance in the event of changing tax and insurance amounts.

**What does this mean for me?** The escrow analysis is based on the assumption that your loan is current, and all past due payments have been made. Based on this assumption, your Escrow Account is projected to have more money than needed, resulting in a surplus of $1,924.82. If you are behind on your payments this is not a true surplus.

**What do I need to do?** Please note that effective 05/01/2023, your new total monthly payment will be $916.87.

| Total Payment | Current Monthly Payment | Payment Changes | New Monthly Payment |
|---|---:|---:|---:|
| PRINCIPAL AND INTEREST | $625.97 | $0.00 | $625.97 |
| ESCROW | $284.94 | $5.96 | $290.90 |
| **Total Payment** | **$910.91** | **$5.96** | **$916.87** |

*See below for surplus calculation*

**What is a Surplus?** A surplus is the difference between the **lowest projected balance and the minimum required balance** of your account for the coming year, as shown below. Please see second page for coming year details.



Minimum Required Balance
$581.80

Lowest Projected Balance
$2,506.62

**Surplus Amount $1,924.82**

*Please see the Coming Year Projections table on the back for more details.*

| Escrow Payment Breakdown | Current Annual Disbursement | Annual Change | Anticipated Annual Disbursement |
|---|---:|---:|---:|
| SCHOOL TAX | $2,158.18 | ($8.38) | $2,149.80 |
| TOWN TAX | $520.05 | $0.00 | $520.05 |
| HAZARD SFR | $741.00 | $80.00 | $821.00 |
| **Annual Total** | **$3,419.23** | **$71.62** | **$3,490.85** |

*If you have questions about changes to your property taxes or homeowners' insurance premiums, please contact your local taxing authority or insurance provider. For more information about your loan, please sign in at www.mrcooper.com.*

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

The change in your escrow payment** may be based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received were less than or greater than expected
- Monthly payment(s) received earlier or later than expected
- Previous overage returned to escrow
- Previous deficiency/shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Paid earlier or later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Paid earlier or later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid

### Prior Year Account History and Coming Year Projections

**This is a statement of the actual activity in your escrow account from 03/22 through 04/23. This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure, and projects payments, disbursements, and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

**Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year.** Under Federal Law (RESPA), the lowest monthly balance in your escrow account should be no less than $581.80 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise. Your projected estimated lowest account balance of $2,506.62 will be reached in August 2023. When the minimum required balance is subtracted from your lowest projected balance, an Escrow Surplus results in the amount of $1,924.82. **These amounts are indicated with an arrow (<).**

*This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid in the plan. This analysis considers insurance, taxes and other amounts that will come due after the filing of your bankruptcy case.*

| Month | Projected Payment | Actual Payment | Projected Disbursement | Actual Disbursement | | Description | Projected Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $1,051.59 | ($2,101.70) |
| 03/22 | $0.00 | $845.64* | $0.00 | $0.00 | | | $1,051.59 | ($1,256.06) |
| 04/22 | $0.00 | $282.77 | $0.00 | $520.05* | * | TOWN TAX | $1,051.59 | ($1,493.34) |
| 05/22 | $1,277.71 | $0.00 | $0.00 | $0.00 | | BK ADJ | $2,329.30 | ($1,493.34) |
| 06/22 | $284.94 | $1,133.25 | $741.00 | $821.00* | * | HAZARD SFR | $1,873.24 | ($1,181.09) |
| 07/22 | $284.94 | $567.71E | $0.00 | $0.00 | | | $2,158.18 | ($613.38) |
| 07/22 | $0.00 | $721.00* | $0.00 | $0.00 | | Esc deposit | $2,158.18 | $107.62 |
| 08/22 | $284.94 | $284.94 | $2,158.18 | $2,149.80* | * | SCHOOL TAX | $284.94 | ($1,757.24) |
| 08/22 | $0.00 | $745.20* | $0.00 | $0.00 | | Esc deposit | $284.94 | ($1,012.04) |
| 09/22 | $284.94 | $284.94E | $0.00 | $0.00 | | | $569.88 | ($727.10) |
| 10/22 | $284.94 | $850.48E | $0.00 | $0.00 | | | $854.82 | $123.38 |
| 10/22 | $0.00 | $754.40* | $0.00 | $0.00 | | Esc deposit | $854.82 | $877.78 |
| 11/22 | $284.94 | $567.71E | $0.00 | $0.00 | | | $1,139.76 | $1,445.49 |
| 12/22 | $284.94 | $850.48E | $0.00 | $0.00 | | | $1,424.70 | $2,295.97 |
| 12/22 | $0.00 | $368.00* | $0.00 | $0.00 | | Esc deposit | $1,424.70 | $2,663.97 |
| 01/23 | $284.94 | $284.94E | $0.00 | $0.00 | | | $1,709.64 | $2,948.91 |
| 01/23 | $0.00 | $745.20* | $0.00 | $0.00 | | Esc deposit | $1,709.64 | $3,694.11 |
| 02/23 | $284.94 | $569.88E | $0.00 | $0.00 | | | $1,994.58 | $4,263.99 |
| 03/23 | $284.94 | $284.94E | $0.00 | $0.00 | | | $2,279.52 | $4,548.93 |
| 04/23 | $284.94 | $284.94 | $520.05 | $520.05E | E | TOWN TAX | $2,044.41 | $4,313.82 |
| **Total** | **$4,412.05** | **$10,426.42** | **$3,419.23** | **$4,010.90** | | Total | **$2,044.41** | **$4,313.82** |

| Month | Projected Payment | | Projected Disbursement | | | Description | Current Balance | Required Balance Projected |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Start | $4,313.82 | $2,389.00 |
| 05/23 | $290.90 | | $0.00 | | | | $4,604.72 | $2,679.90 |
| 06/23 | $290.90 | | $821.00 | | | HAZARD SFR | $4,074.62 | $2,149.80 |
| 07/23 | $290.90 | | $0.00 | | | | $4,365.52 | $2,440.70 |
| 08/23 | $290.90 | | $2,149.80 | | | SCHOOL TAX | $2,506.62 | $581.80< |
| 09/23 | $290.90 | | $0.00 | | | | $2,797.52 | $872.70 |
| 10/23 | $290.90 | | $0.00 | | | | $3,088.42 | $1,163.60 |
| 11/23 | $290.90 | | $0.00 | | | | $3,379.32 | $1,454.50 |
| 12/23 | $290.90 | | $0.00 | | | | $3,670.22 | $1,745.40 |
| 01/24 | $290.90 | | $0.00 | | | | $3,961.12 | $2,036.30 |
| 02/24 | $290.90 | | $0.00 | | | | $4,252.02 | $2,327.20 |
| 03/24 | $290.90 | | $0.00 | | | | $4,542.92 | $2,618.10 |
| 04/24 | $290.90 | | $520.05 | | | TOWN TAX | $4,313.77 | $2,388.95 |
| **Total** | **$3,490.80** | | **$3,490.85** | | | Total | **$4,313.77** | **$2,388.95** |

**Bankruptcy Adjustment** - The Prior Year Account History and Coming Year Projections section of the Annual Escrow Account Disclosure Statement may contain a line item called "Bankruptcy Adjustment". This amount is a credit based upon the unpaid portion of the escrow funds listed on the proof of claim to be paid through the Chapter 13 plan. The amount of the credit is calculated and applied to reach the minimum required balance for the escrow account as allowed under the loan documents and applicable non-bankruptcy law. The credit may not represent the total outstanding amount of escrow funds owed in the proof of claim but ensures that any escrow funds listed on the proof of claim to be paid through the plan will not be collected through the escrow shortage or surplus listed in the Annual Escrow Account Disclosure Statement. In some instances, only a portion of the proof of claim escrow funds are listed as a credit to reach the required minimum account balance.

You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If a previous escrow analysis statement was sent to you by your previous servicer, please refer to that statement for comparison purposes. If you have any questions, please call Richard Frye at 866-316-2432. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Note: Any disbursements listed after the date of this statement are assumed to be projected or estimated.