**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jarrett M. Nahon**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Nationstar Mortgage LLC**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Jarrett M. Nahon**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Scott Waterman**,<br>　　　　　　　　　　**Trustee** | **BK NO. 19-12306 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 9, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jarrett M. Nahon
74 Ivy Court
Quakertown, PA 18951

Attorney for Debtor(s)
Jon M. Adelstein, Esq.
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006

Trustee
Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: March 9, 2023

　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington Esq.**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com